IN THE UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VERMEER MANUFACTURING COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-CV-1384-MLB-KGG |
| | ) |
| STRAIGHTLINE HDD, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Vermeer Manufacturing Company, and defendant StraightLine HDD, Inc., through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims, counterclaims, causes of action, and defenses asserted against each other in this suit.  Each party shall bear its own costs, expenses, and attorney fees.

Dated this 31st day of July, 2014.


  /s/ Todd N. Tedesco
Todd N. Tedesco, #15652
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas  67206-4466
Tel:  316-267-6371
Fax:  316-267-6345
ttedesco@foulston.com

Rachel K. Zimmerman, pro hac vice
Merchant & Gould P.C.
3200 IDS Center
80 S. 8th Street
Minneapolis, MN  55402
Tel:  612-336-4667
Fax:  612-332-9081
  rzimmerman@merchantgould.com


  /s/ Robert O. Blinn
Robert O. Blinn, #12182
125 N. Market, Suite 1100
Wichita, Kansas  67202
Tel:  316-263-6400
Fax:  316-263-5491
rblinn@robertblinn.com

James D. Berquist
Peter w. Gowdey
Davidson Berquist Jackson & Gowdey LLP
4300 Wilson Blvd., Suite 700
Arlington, Virginia
Tel:  703-894-6400
Fax:  703-894-6430
jberquist@dbjg.com
pgowdey@dbjg.com

*Attorneys for Plaintiff*                    *Attorneys for Defendant*
*Vermeer Manufacturing Company*              *Straightline HDD, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2014, I electronically filed the foregoing with the Clerk

of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel

of record:

James D. Berquist
Robert O. Blinn
Peter W. Gowdey

  /s/ Todd N. Tedesco
Todd N. Tedesco